UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

v.

DWAYNE PULLIAM,
   a/k/a/ "Doc,"

                                 Defendant.
-------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-377-PMH

      An Initial Conference has been scheduled for June 18, 2024 at 10:30 a.m. in Courtroom 520 at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
          June 12, 2024

_____
Philip M. Halpern
United States District Judge