> Application granted. Defendant shall file his pre-trial motion by January 3, 2025; the Government's opposition shall be filed by February 7, 2025; and Defendant's reply, if any, shall be filed by February 27, 2025.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 17, 2024

Hon. Philip P. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v Dwayne Pulliam,* 24 Cr. 377 (PMH)

Your Honor:

      I represent Dwayne Pulliam in the referenced case and am writing to request that the motion deadline be postponed two weeks.

      As you may recall, at our last conference this Court set a schedule, indicating that the defendant's pre-trial motions would be due by December 20, 2024, which is this coming Friday. At the time this schedule was set, I was scheduled to complete another trial (before Hon. Lewis J. Liman) by the end of November. After our conference, though, that trial was postponed several weeks. And the trial actually concluded on December 13, 2024. As a result, I have had less time than I anticipated to research and prepare potential motions in this case.

      Accordingly, I ask that the motion schedule be modified by postponing the defendant's deadline from December 20, 2024, to January 3, 2025 (with corresponding changes to the government's schedule for responding). The government consents to this application.

      Respectfully submitted,

      /s/
      James E. Neuman