# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

Hon. Philip P. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. Defendant shall file his pre-trial motion by January 10, 2025; the Government's opposition shall be filed by February 14, 2025; and Defendant's reply, if any, shall be filed by March 6, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           January 3, 2025

Re: *United States v Dwayne Pulliam*

Your Honor:

I represent Dwayne Pulliam in the referenced case and am writing to request a final modification of the motion deadline.  Previously, this Court granted my request to extend the deadline for filing pre-trial motions to January 3, 2025.  Since then, I have reviewed various materials and conducted research to determine the merits of numerous potential motions. With one exception, I have decided against filing pre-trial motions.  Specifically, I am still in the process of assessing the viability of a motion to suppress evidence seized during a search of Mr. Pulliam's residence.  One reason that I have yet to reach a conclusion about that motion is that I am still conferring with the government as to the complete inventory of the materials seized during that search.

Based upon my discussions with the government, I expect to be able to determine and, if appropriate, file a motion to suppress evidence seized during the search of Mr. Pulliam's residence by the end of next week.  Accordingly, I ask that the deadline for filing that particular pre-trial motion be extended to January 10, 2025.  The government consents to this application.

Respectfully submitted,

_____/s/_____
James E. Neuman