UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **RESCHEDULING ORDER** |
| DWAYNE PULLIAM,<br>   a/k/a/ "Doc," | 7:24-cr-00377-PMH |
|          Defendant. | |

-----------------------------------------------------------x

The oral argument on Defendant's motion to suppress (Doc. 49) currently scheduled for March 19, 2025 is rescheduled to March 27, 2025 at 10:00 a.m. at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
      March 17, 2025

_____
Philip M. Halpern
United States District Judge