

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 55).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           March 18, 2025

March 17, 2025

Hon. Philip P. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *United States v Dwayne Pulliam,* 24 Cr. 377 (PMH)

Your Honor:

      In February, 2024, I was appointed to represent Dwayne Pulliam in the referenced matter.  Since then, I have devoted substantial time to this case.  Because a resolution of this case is not imminent, the final voucher is unlikely to be ready to be filed in the near future.

      Accordingly, I ask for permission to file interim vouchers.

      Respectfully submitted,

      _____/s/_____
      James E. Neuman