

JAMES E.

Att
100 Lafaye
New York

TEL
FAX
www.ja
james@j

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 61).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        May 9, 2025

May 8, 2025

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Dwayne Pulliam*, 24 Cr. 377 (PMH)

Your Honor:

As was mentioned at our last conference, my client has asked that I arrange for him to receive a laptop in order to facilitate his review of the discovery.  One reason for this request is that that he has had recurrent technical problems opening certain files on the jail's computers, and it seems that such problems might be avoided if he has access to a dedicated laptop.

Following our conference, I discussed this request with the CJA Budgeting Attorney. He advised me that the first step in obtaining the laptop is for me to submit an Order, with various provisions.  After the Order is signed and the laptop is obtained, I am supposed to ask for reimbursement through the Evoucher system.

Accordingly, I have attached a proposed Order (modeled upon Orders from other cases), authorizing the use of CJA funds and setting forth various other procedures for the use of the computer.  Please sign this Order at your convenience, or let me know if any additional information is needed.

Respectfully submitted,

_____/s/_____
James E. Neuman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

                                                    **ORDER**

        -against-

                                                **24 Cr.  377 (PMH)**

DWAYNE PULLIAM,

                              Defendant.
_____X

WHEREAS, the Court and the parties seek to ensure that the Defendant Dwayne Pulliam, has meaningful access to review discovery and prepare for all stages of the trial while detained at the Westchester County Jail, Valhalla, NY; and

WHEREAS, the Court seeks to ensure that such access does not jeopardize the security and operational interests of the Westchester County Jail.

IT IS HEREBY ORDERED THAT:

1.  Assigned counsel is authorized to procure with CJA funds a laptop computer and any necessary hard drives that may be required to provide the defendant with access to the discovery for purposes of discovery review and preparation for all stages of the trial. Counsel shall provide the computer to a designated vendor, to ensure that the computer's wireless capabilities are disabled (i.e., "air-gapped") in a manner acceptable to the Westchester County Jail;

2.  Assigned counsel (or a designated vendor) shall provide the computer to the Government, with the computer clearly marked with the Defendant's name;

3.     The Government shall save the discovery (subject to the same terms of any existing Protective Order) onto the computer, or alteratively a hard drive, to provide the Defendant with access to the discovery;

4.     The Government shall confirm that the discovery is viewable on the computer prior to sending it to the Westchester County Jail;

5.     Once the discovery is saved on the computer or hard drive, the Government shall send the computer to an Officer designed by the Westchester County Jail to receive the device.  That designated Officer shall keep the computer and charging wire in an officer or location acceptable to the Westchester County Jail.

6.    The Defendant will be allowed to access the computer on a temporary basis and at times approved by prison personnel.  This review will take place in the Defendant's unit or at another location designed by the Westchester County Jail. The Defendant should be afforded the ability to review the discovery and use the computer for several hours a day to the extent consistent with the rules, regulations and policies of the Westchester County Jail;

7.     After he is finished using the computer for any give day, the Defendant shall return the computer to the designated Officer;

8.    The defendant will use the computer for the sole purpose of reviewing the discovery and preparing for his trial, and will not share the computer or materials loaded onto the computer with other inmates or any individual not assigned to work on the case.  Nor will the defendant access or attempt to access the internet.

9.    This Court will revisit this Order and the Defendant's access to the computer if it appears that he is not abiding by this Order;

10.  No later than the conclusion of the proceedings against the Defendant, the Westchester County Jail shall return the computer to his counsel, who will promptly provide it to the Administrative Office of the U.S. Courts if it was purchased with CJA funds;

Dated: New York, NY
       May ___, 2025

                                        SO ORDERED

                                        _____
                                        Hon. Philip M. Halpern
                                        United States District Court
                                        Southern District of New York