

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 17, 2025

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 20, 2025

    Re:    ***United States v. Dw[...]***
            **24 Cr. 377 (PMH)**

Dear Judge Halpern:

    The Government writes respectfully, on behalf of both parties, to request a one-business-day extension of time for the parties to file their joint proposed requests to charge and voir dire.

    Pursuant to this Court's order, the parties are to submit joint proposed requests to charge and voir dire today. (Dkt. 60). The parties have been working together to minimize the number of disputes in the proposed requests to charge and voir dire, but believe that having the weekend to review and comment on one another's latest proposals will further reduce—if not completely eliminate—such disputes. Because such a result would be substantially more efficient for the Court, the parties respectfully request that they be permitted to file their joint proposed requests to charge and voir dire on Monday, October 20, 2025.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney

                by:    _____
                         Michael D. Maimin
                         T. Josiah Pertz
                         Assistant United States Attorneys
                         (212) 637-2340 / -2246

cc:    James E. Neuman, Esq. (by electronic mail and ECF)
       Ezra Spilke, Esq. (by electronic mail and ECF)