# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 74).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         October 31, 2025

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Dwayne Pulliam*, 24 Cr. 377 (PMH)

Your Honor:

The defense writes to request a brief adjournment of the deadline for filing objections to the government's exhibits. Under the current schedule, today is the deadline for filing such objections. During this past week – including today – the parties have had numerous discussions regarding any potential issues concerning those exhibits. The parties are hopeful that, in the coming days, all such issues may well be resolved without court intervention. But we need some additional time for further discussions and to agree upon certain redactions. Accordingly, we ask that the deadline for filing objections to the government's exhibits be extended by one week, to November 7, 2025.

The government consents to this application.

Respectfully submitted,

_____/s/_____
James E. Neuman