UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :    **ORDER**
    - against -
                                  :    24 Cr 377 (PMH)
DWAYNE PULLIAM                 :
                                  :
            Defendant.         :
------------------------------------X

PHILIP M. HALPERN, U.S.D.J.

   Upon the application of James Neuman and Ezra Spilke, counsel for **DWAYNE PULLIAM**, a defendant in the above captioned case;

   **IT IS HEREBY ORDERED**, that Westchester Correctional Facility allow the following clothing to be admitted for Dwyane Pulliam for his upcoming trial:

   1.   2 Slacks

   2.   2 Sweaters/Suit Jackets

   3.   3 Shirts

   4.   3 Pairs of Socks

   5.   1 Pair of Shoes

Dated: White Plains, New York
       December 1, 2025

                          S O  O R D E R E D:

                          _____
                          HON. PHILIP M. HALPERN
                          UNITED STATES DISTRICT JUDGE