**JAMES**

100 L...
New...

Application granted. The sentencing scheduled for May 7, 2026 is adjourned to May 19, 2026 at 11:30 a.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by April 29, 2026 and the Government's response is due by May 6, 2026. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 103).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        April 24, 2026

ww...
jam...

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Dwayne Pulliam*, 24 Cr. 377 (PMH)

Your Honor:

The defense writes to request a two-week postponement of the sentencing date, which is currently scheduled for May 7, 2026.  The reason for this request is so that the defense has an opportunity to review the final pre-sentence report (PSR) prior to filing a sentencing memo.

On April 10, 2026, the draft of the PSR was issued.  According to Federal Rule of Crim. Procedure 32(f), parties have 14 days within receiving a PSR to file any objections.  Earlier today, I notified the probation office of an objection to the guideline calculation.  My understanding is that the probation office will issue a final PSR fairly soon (presumably within a week).  In order to allow the parties to review the final PSR prior to filing their sentencing submissions, therefore, we ask that the sentencing be postponed two weeks (May 21, 2026), or any date afterwards that is convenient to this Court (with the understanding that the defense submission to this Court will be due three weeks in advance, and the government's submission will be due two weeks in advance).

The government consents to this application.

Respectfully submitted,

_____
        /s/
James E. Neuman