UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :

                                        :

v.                               :

                                        :      **ORDER**

DWAYNE PULLIAM,           :

    a/k/a/ "Doc,"             :      7:24-cr-00377-PMH

                                          :

                      Defendant.

--------------------------------------------------------------x

The parties are directed to file supplemental sentencing letters by May 18, 2026 at 9:00 a.m., citing applicable authority and case law, regarding the role adjustment in Paragraph 27 of the PSR based on relevant conduct set forth in U.S.S.G. § 1B1.3(a ).

**SO ORDERED:**

Dated: White Plains, New York
       May 14, 2026

_____

Philip M. Halpern
United States District Judge